UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, | Case No. 17-cv-11930-NMG |
| *Plaintiff,* | |
| v. | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ERIC D. HARGAN, in his official capacity as Acting Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF THE TREASURY; STEVEN T. MNUCHIN, in his official capacity as Secretary of the Treasury; UNITED STATES DEPARTMENT OF LABOR; and R. ALEXANDER ACOSTA, in his official capacity as Secretary of Labor, | |
| *Defendants.* | |

## DECLARATION OF KRISTEN SALERA

I, Kristen Salera, hereby declare:

1. I am an Investigator in the Civil Investigations Division of the Office of the Attorney General of Massachusetts.

2. I have personal knowledge of the matters set forth below.

3. The document attached as Exhibit A is a true and accurate copy of excerpts from Kaiser Family Found., *Employer Health Benefits, 2017 Annual Survey* (2017), available at http://files.kff.org/attachment/Report-Employer-Health-Benefits-Annual-Survey-2017.

4. The document attached as Exhibit B is a true and accurate copy of excerpts from Kaiser Family Found., *Employer Health Benefits, 2015 Annual Survey* (2015), available at http://files.kff.org/attachment/report-2015-employer-health-benefits-survey.

5. The document attached as Exhibit C is a true and accurate copy of Institute of Medicine, Clinical Preventive Services for Women: Closing the Gaps (2011), available at https://www.nap.edu/read/13181/chapter/1#iv.

6. The document attached as Exhibit D is a true and accurate copy of L. Finer & M. Zolna, *Shifts in Intended and Unintended Pregnancies in the United States, 2001 – 2008*, 104 AM. J. PUB. HEALTH S43 (2014).

7. The document attached as Exhibit E is a true and accurate copy of D. Postlethwaite et al., *A Comparison of Contraceptive Procurement Pre- and Post-Benefit Change*, 76 CONTRACEPTION 360 (2007).

8. The document attached as Exhibit F is a true and accurate copy of S. Long, *On the Road to Universal Coverage: Impacts of Reform in Massachusetts At One Year*, 27 HEALTH AFFAIRS, No. 4 (June 2008).

9. The document attached as Exhibit G is a true and accurate copy of J. Gruber, *The Role of Consumer Copayments for Health Care: Lessons from the RAND Health Insurance Experiment and Beyond*, Kaiser Family Found. (Oct. 2006).

10. The document attached as Exhibit H is a true and accurate copy of Employee Benefit Security Administration ("EBSA") Form 700, available at https://www.dol.gov/sites/default/files/ebsa/laws-and-regulations/laws/affordable-care-act/for-employers-and-advisers/ebsa-form-700.pdf.

11. The document attached as Exhibit I is a true and accurate copy of U.S. Dept. of Labor, *FAQs About Affordable Care Act Implementation Part 36* (Jan. 9, 2017), available at https://www.dol.gov/sites/default/files/ebsa/about-ebsa/our-activities/resource-center/faqs/aca-part-36.pdf.

12. The document attached as Exhibit J is a true and accurate copy of the Interim Final Rule, titled "Religious Exemptions and Accommodations for Coverage of Certain Preventive Services Under the Affordable Care Act" ("Religious IFR"), issued by the defendants on October 6, 2017 and published in the Federal Register on October 13, 2016.

13. The document attached as Exhibit K is a true and accurate copy of the Interim Final Rule, titled "Moral Exemptions and Accommodations for Coverage of Certain Preventive Services Under the Affordable Care Act" ("Moral IFR"), issued by the defendants on October 6, 2017 and published in the Federal Register on October 13, 2016.

14. The document attached as Exhibit L is a true and accurate copy of R. Seifert et al., *The Basics of MassHealth*, MASSACHUSETTS MEDICAID POLICY INST. 3 (Feb. 2011), available at https://www.umassmed.edu/uploadedFiles/CWM_CHLE/Included_Content/Right_Column_Content/MassHealth%20Basics%202011-FINAL.pdf.

15. The document attached as Exhibit M is a true and accurate copy of Ctr. for Health Information & Analysis, *Enrollment Trends* (Aug. 2017), available at http://www.chiamass.gov/assets/Uploads/enrollment/2017-august/Enrollment-Trends-August-2017-Report.pdf.

16. The document attached as Exhibit N is a true and accurate copy of A. Gariepy et al., *The Impact of Out-of-Pocket Expense on IUD Utilization Among Women with Private Insurance*, 84 CONTRACEPTION e39 (2011).

17. The document attached as Exhibit O is a true and accurate copy of Peipert et al., *Preventing Unintended Pregnancies by Providing No-Cost Contraception*, 120 OBSTETRICS & GYNECOLOGY 1291 (2012).

18. The document attached as Exhibit P is a true and accurate copy of A. Sonfield A & K. Kost, *Public Costs from Unintended Pregnancies and the Role of Public Insurance Programs in Paying for Pregnancy-Related Care: National and State Estimates for 2010*, Guttmacher Institute (2015), available at https://www.guttmacher.org/sites/default/files/report_pdf/public-costs-of-up-2010.pdf.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON November 15, 2017.

_____
Kristen Salera, Investigator
Office of the Attorney General