IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> UNITED STATES DEPARTMENT OF : <br> HEALTH AND HUMAN SERVICES *et al.*, : <br> : <br> Defendants. : <br> : | Case No. 1:17-cv-11930-NMG <br><br> **HEARING REQUESTED** |

### DEFENDANTS' COMBINED OPPOSITION TO COMMONWEALTH OF MASSACHUSETTS' MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION TO DISMISS OR FOR SUMMARY JUDGMENT

Defendants United States Department of Health and Human Services; Eric D. Hargan, in his official capacity as Acting Secretary of Health and Human Services; United States Department of the Treasury; Steven T. Mnuchin, in his official capacity as Secretary of the Treasury; United States Department of Labor; and R. Alexander Acosta in his official capacity as Secretary of Labor ("Defendants") respectfully move the Court to dismiss this action or enter summary judgment in their favor, and to deny Plaintiff's motion for summary judgment. In accordance with the Local Rules of this Court, this motion is accompanied by a memorandum of reasons, including citation of supporting authorities, why the motion should be granted.

Defendants respectfully request that the Court waive the requirement of Local Rule 56.1 that they submit a statement of undisputed material facts in support of their motion. Because judicial review will be based on the administrative record that has been filed by Defendants, a statement of facts is not necessary to the disposition of this motion. *See Boston Redev. Corp. v.*

1

*Nat'l Park Serv.*, 838 F.3d 42, 47 (1st Cir. 2016); *Stephanie C. v. Blue Cross Blue Shield of Mass. HMO Blue*, 852 F.3d 105, 110 (1st Cir. 2017).

Dated:  December 8, 2017
                                       Respectfully submitted,

CHAD A. READLER
Principal Deputy Assistant Attorney General

WILLIAM D. WEINREB
Acting United States Attorney

JASON C. WEIDA
Assistant United States Attorney

JOEL McELVAIN
Assistant Branch Director

  /s/ Daniel Riess
DANIEL RIESS (Texas Bar # 24037359)
Trial Attorney
U.S. Department of Justice
Civil Division, Rm. 6122
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

### **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Defendants respectfully request oral argument on this motion.  Defendants submit that oral argument will assist the Court in resolving these motions. Defendants are available for oral argument at the Court's earliest convenience.

/s/ Daniel Riess
Daniel Riess

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that on December 4, 2017, I conferred with Julia E. Kobick, counsel for Plaintiff, who represented that Plaintiff opposes this motion. Counsel for Plaintiff also represented that Plaintiff consents to Defendants' request to waive the Local Rule 56.1 requirement of a separate statement of undisputed material facts.

/s/ Daniel Riess
Daniel Riess

## CERTIFICATE OF SERVICE

I certify that on December 8, 2017, I caused a copy of the foregoing to be filed electronically and that the document is available for viewing and downloading from the ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. If any counsel of record requires a paper copy, I will cause a paper copy to be served upon them by U.S. mail.

/s/ Daniel Riess
Daniel Riess