IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, | : |
| | : |
| Plaintiff, | :     Case No. 1:17-cv-11930-NMG |
| | : |
| v. | : |
| | : |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES *et al.*, | : |
| | : |
| Defendants. | : |
| | : |

**DEFENDANTS' NOTICE OF CONVENTIONAL FILING
OF SUPPLEMENTAL ADMINISTRATIVE RECORD**

Please take notice that Defendants have conventionally filed with the Clerk of Court a set of CD-ROMs containing a certified copy of the supplemental administrative record in this case. This document has not been filed electronically because its contents are more than 600,000 pages in length. Attached hereto as exhibits are a Praecipe to the Clerk of Court, and the Certification of the Supplemental Record (which contains an index thereto). A true and correct copy of the set of CD-ROMs containing a certified copy of the supplemental administrative record has been served on the parties in this case.

DATED: March 5, 2018                          Respectfully submitted,

                                                         CHAD A. READLER
                                                         Acting Assistant Attorney General

                                                         ANDREW E. LELLING
                                                         United States Attorney

                                                         ETHAN P. DAVIS
                                                         Deputy Assistant Attorney General

                                                         JASON C. WEIDA
                                                         Assistant United States Attorney

                                                         JOEL McELVAIN
                                                         Assistant Branch Director

   /s/ Daniel Riess
DANIEL RIESS (Texas Bar # 24037359)
Trial Attorney
U.S. Department of Justice
Civil Division, Rm. 6122
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on March 5, 2018, I caused a copy of the foregoing to be filed electronically and that the document is available for viewing and downloading from the ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. If any counsel of record requires a paper copy, I will cause a paper copy to be served upon them by U.S. mail.

/s/ Daniel Riess
Daniel Riess