UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Commonwealth of Massachusetts

V.

CIVIL ACTION: 17-11930-NMG

U.S. Dept. Of Health & Human Services, et al

**FINAL JUDGMENT**

GORTON, U.S.D.J.　　　　　　　　　　　　　　　　　April 4, 2018

Pursuant to the Memorandum and Order issued on 3/12/2018 granting the Defendants' Motion for Summary Judgment, it is ORDERED and ADJUDGED that final judgment is hereby entered in favor of the Defendants.

By the Court,

/s/ Christine M. Lima
DEPUTY CLERK