IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

COMMONWEALTH OF MASSACHUSETTS, :
:
         Plaintiff, :   Case No. 1:17-cv-11930-NMG
:
v. :
:
UNITED STATES DEPARTMENT OF :
HEALTH AND HUMAN SERVICES *et al.*, :
:
         Defendants. :
:

## JOINT PROPOSED MERITS BRIEFING SCHEDULE

Having conferred, the parties respectfully propose to the Court the following schedule for merits briefing in this case:

**July 31, 2019:**     Plaintiff's motion for summary judgment

**August 30, 2019:**     Defendants' opposition brief to Plaintiff's motion for summary judgment and Defendants' cross-motion to dismiss or for summary judgment

**September 16, 2019:**     Plaintiffs' reply brief in support of their motion for summary judgment and opposition brief to Defendants' cross-motion to dismiss or for summary judgment

**September 30, 2019:**     Defendants' reply brief in support of their cross-motion to dismiss or for summary judgment

A proposed order accompanies this joint proposed merits briefing schedule.

DATED: July 18, 2019                                  Respectfully submitted,

                                                                         COMMONWEALTH OF
                                                                         MASSACHUSETTS,

                                                                         By its attorney,

MAURA HEALEY
ATTORNEY GENERAL

/s/ Jon Burke_____
Jon Burke, BBO # 673472
Jonathan B. Miller, BBO #663012
Elizabeth Carnes Flynn, BBO # 687708
Julia E. Kobick, BBO # 680194
Assistant Attorneys General
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, Massachusetts 02108
(774) 214-4416
Jonathan.burke@mass.gov

JOSEPH H. HUNT
Assistant Attorney General

MICHELLE R. BENNETT
Assistant Director, Federal Programs Branch

  /s/ *Daniel Riess*_____
DANIEL RIESS (Texas Bar # 24037359)
Trial Attorney
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on July 18, 2019, I caused a copy of the foregoing to be filed electronically and that the document is available for viewing and downloading from the ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. If any counsel of record requires a paper copy, I will cause a paper copy to be served upon them by U.S. mail.

/s/ *Daniel Riess*