IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, | : |
| Plaintiff, | : Case No. 1:17-cv-11930-NMG |
| v. | : |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES *et al.*, | : |
| Defendants. | : |

### DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL ADMINISTRATIVE RECORD WITH THE CLERK OF COURT IN CONVENTIONAL MANNER

Defendants respectfully request leave from the Court to file the certified administrative record for the 2018 Religious and Moral Exemption Final Rules ("the record") conventionally with the Clerk of Court, rather than via CM/ECF. In support of this motion, Defendants respectfully states as follows:

1. The contents of the record are more than 800,000 pages in length. Its electronic version is approximately 20.6 GB (20,600 MB) in size.

2. The maximum PDF file size for filing on CM/ECF in the District of Massachusetts is 50.0 MB.

3. To file the record via CM/ECF would require uploading approximately 430 files.

4. A recent government filing of 114 files that were less than 50.0 MB in length required two eight-hour days. Based on this comparison, Defendants estimate that it will likely take at least one week to upload to CM/ECF all of the files comprising the record.

1

5. Defendants have provided true and correct copies of CD-ROMs containing the record to the Clerk of Court and Chambers, and have served Plaintiff with a true and correct copy thereof.

6. Plaintiff does not oppose Defendants' request to file the record conventionally with the Clerk of Court.

Accordingly, Defendants respectfully request leave of this Court to file the record conventionally with the Clerk of Court.

DATED: July 18, 2019                                    Respectfully submitted,


                                                        JOSEPH H. HUNT
                                                        Assistant Attorney General

                                                        MICHELLE R. BENNETT
                                                        Assistant Director, Federal Programs Branch

                                                        　/s/ *Daniel Riess*
                                                        DANIEL RIESS (Texas Bar # 24037359)
                                                        Trial Attorney
                                                        U.S. Department of Justice
                                                        Civil Division
                                                        1100 L Street, NW
                                                        Washington, D.C. 20005
                                                        Telephone: (202) 353-3098
                                                        Fax: (202) 616-8460
                                                        Email: Daniel.Riess@usdoj.gov
                                                        *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on July 18, 2019, I caused a copy of the foregoing to be filed electronically and that the document is available for viewing and downloading from the ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. If any counsel of record requires a paper copy, I will cause a paper copy to be served upon them by U.S. mail.

/s/ *Daniel Riess*