IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, | |
| Plaintiff, | Case No. 1:17-cv-11930-NMG |
| v. | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES *et al.*, | |
| Defendants. | |

## [PROPOSED] ORDER

Upon consideration of the parties' joint proposed briefing schedule, the Court hereby **ENTERS** the following merits briefing schedule in this action:

**July 31, 2019:** Plaintiff's motion for summary judgment

**August 30, 2019:** Defendants' opposition brief to Plaintiff's motion for summary judgment and Defendants' cross-motion to dismiss or for summary judgment

**September 16, 2019:** Plaintiffs' reply brief in support of their motion for summary judgment and opposition brief to Defendants' cross-motion to dismiss or for summary judgment

**September 30, 2019:** Defendants' reply brief in support of their cross-motion to dismiss or for summary judgment

Date 7/29/19

_Nathaniel M. Gorton_
Nathaniel M. Gorton
United States District Judge