IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, | : |
| Plaintiff, | : Case No. 1:17-cv-11930-NMG |
| v. | : |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES *et al.*, | : |
| Defendants. | : |

## MOTION TO DISMISS AND FOR SUMMARY JUDGMENT

For the reasons stated in the accompanying memorandum, Defendants hereby move to dismiss Plaintiff's amended complaint [ECF No. 106] under Federal Rule of Civil Procedure 12(b) and, in the alternative, move for summary judgment under Federal Rule of Civil Procedure 56.

DATED: August 30, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ETHAN P. DAVIS
Principal Deputy Assistant Attorney General

MICHELLE R. BENNETT
Assistant Director, Federal Programs Branch

  /s/ *Daniel Riess*
DANIEL RIESS (Texas Bar # 24037359)
Trial Attorney
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 353-3098

                                                Fax: (202) 616-8460
                                                Email: Daniel.Riess@usdoj.gov
                                                *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on August 30, 2019, I caused a copy of the foregoing to be filed electronically and that the document is available for viewing and downloading from the ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. If any counsel of record requires a paper copy, I will cause a paper copy to be served upon them by U.S. mail.

                                                        /s/ *Daniel Riess*