UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * * * *

Commonwealth Of Massachusetts
                Plaintiff

            v.

CIVIL ACTION NO.:
17-cv-11930-NMG

U.S. Dept. of Health & Human Services et al
                Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * *

## **JUDGMENT**
January 19, 2021

Gorton, .D.J.

In accordance with the Memorandum and Order entered on January 15, 2021,

ALLOWING Motion for Judgment ECF 121.

      JUDGMENT is entered for the Defendants.

SO ORDERED.

                                        <u>/s/ Nathaniel M. Gorton</u>

                                        NATHANIEL M. GORTON

                                        United States District Judge